UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LUXURY LIMOUSINE, INC.**,

       Plaintiff,          Case No.: 19-cv-10893

v

**NATIONAL INDEMNITY
COMPANY**,

       Defendant.

_____/

| | |
|---|---|
| MARK L. MENCZER (P43802)<br>Attorney for Plaintiff<br>6304 Orchard Lake Rd.<br>West Bloomfield, MI 48322<br>248-354-9000/248-354-9775 - Fax<br>mark@menczerlaw.com<br><br>M. MICHAEL KOROI (P44470)<br>Co-Counsel for Plaintiff<br>150 North Main Street<br>Plymouth, MI 48170-1236<br>(734) 459-4040/(734)454-4814 - Fax<br>mmkoroi@sbcglobal.net | KURT D. MEYER (P38205)<br>**GREGORY AND MEYER, P.C.**<br>Attorneys for Defendant<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI  48083<br>(248) 689-3920/(248) 689-4560 – Fax<br>kmeyer@gregorylaw.com |

_____/

## **NOTICE OF REMOVAL BASED ON DIVERSITY OF CITIZENSHIP**

**NOW COMES** Defendant, National Indemnity Company, and pursuant to 28 U.S.C.A §§ 1441, 1446 and E.D.Mich. LR 81.1, hereby files this Notice of Removal of a cause of action filed in the 3rd Judicial Circuit Court (Wayne County

Circuit Court) of the State of Michigan entitled, *Luxury Limousine, Inc. v. National Indemnity Company*, Case No. 19- 001904-CK and states:

1. This action was commenced in the 3rd Circuit Court, Wayne County, Michigan on February 8, 2019 and process as well as the initial pleading setting forth the claim for relief upon which the action is based, was first served on Defendant on February 27, 2019 (Complaint).

2. The action is a civil action for breach of contract and pursuant to 28 U.S.C. §2201, 28 U.S.C.A §1332(a)(1) and Rule 57 of the Federal Rules of Civil Procedure, this Court has original jurisdiction over the matter.

3. There exists complete diversity of citizenship of the parties. Plaintiff, Luxury Limousine, Inc. has alleged in the underlying complaint that it is a domestic private corporation organized under the laws of the State of Michigan, transacts business in the County of Wayne, State of Michigan and that its principal place of business in registered office is located at 24130 Telegraph Rd., Southfield, MI (Complaint ¶1). Defendant National Indemnity Company is incorporated in the State of Nebraska with principle place of business in Omaha, Nebraska. (*Id*. ¶2).

4. The amount in controversy is in excess of $75,000 based upon repair estimates for damages claimed by Plaintiff under a policy of insurance issued by Defendant (**Exhibit 1**, Repair estimates).

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interests, and Plaintiff and Defendant are citizens of different states.

6. No previous application has been made for the relief requested herein.

7. A copy of all process, pleadings, and orders served upon Defendant as well as a Proof of Service of written notice of this Notice of Removal to all adverse parties and a copy of same being filed with the clerk of the State court is being filed with this notice as required by 28 USC §1446(a) and (d).

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for the Plaintiff, and a copy is also being filed with the Clerk of the Circuit Court for the County of Wayne, State of Michigan.

**WHEREFORE**, the Defendant respectfully requests that this action be removed from the State of Michigan, Circuit Court for the County of Wayne, to the United States District Court for the Eastern District of Michigan, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

/s/ Kurt D Meyer
KURT D MEYER
**GREGORY AND MEYER, P.C.**
Attorneys for Defendant National
Indemnity Company
340 E. Big Beaver, Ste. 520

<div style="text-align:right">
Troy, MI 48083  
(248) 689-3920  
P38205  
</div>

Dated: March 27, 2019                                      kmeyer@gregorylaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by United States Postal Service the paper to the following:

| | |
|---|---|
| MARK L. MENCZER | M. MICHAEL KOROI |
| 6304 Orchard Lake Rd. | 150 North Main Street |
| West Bloomfield, MI 48322 | Plymouth, MI 48170-1236 |
| mark@menczerlaw.com | mmkoroi@sbcglobal.net |

And a copy served on Wayne County Circuit Court Clerk by Wayne County Circuit Court's efiling system on March 27, 2019.

<div style="margin-left:50%">
/s/ Kurt D Meyer  
KURT D MEYER  
**GREGORY AND MEYER, P.C.**  
Attorneys for Defendant National Indemnity Company  
340 E. Big Beaver, Ste. 520  
Troy, MI 48083  
(248) 689-3920  
P38205  
kmeyer@gregorylaw.com  
</div>

| Approved, SCAO | Original - Court<br>1st Copy- Defendant | | 2nd Copy - Plaintiff<br>3rd Copy -Return |
|---|---|---|---|
| **STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY** | **SUMMONS** | | **CASE NO.<br>19-001904-CK<br>Hon.Annette J. Berry** |

Court address : 2 Woodward Ave., Detroit MI 48226                                       Court telephone no.: 313-224-4679

| **Plaintiff's name(s), address(es), and telephone no(s)**<br>Luxury Limousine, Inc. | v | **Defendant's name(s), address(es), and telephone no(s).**<br>National Indemnity Company |
|---|---|---|
| **Plaintiff's attorney, bar no., address, and telephone no**<br>Mark L. Menczer 43802<br>6304 Orchard Lake Rd<br>West Bloomfield, MI 48322-2396 | | Registered Agent:CSC-Lawyers Incorporating Service<br>601 Abbot Road<br>E. Lansing, MI 48823 |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court,

where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.        **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>2/8/2019 | Expiration date*<br>5/10/2019 | Court clerk<br>Inga Robertson |
|---|---|---|

                                                                      Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (1/19)        **SUMMONS**                                        MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105



**SUMMONS**
Case No.: **19-001904-CK**

### PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**   OR   ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
Date

My commission expires: _____   Signature: _____
Date                                        Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments
_____ on _____
Day, date, time

_____ on behalf of _____.
Signature

19-001904-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 2/8/2019 3:51 PM Cathy M. Garrett
Inga Robertson

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

LUXURY LIMOUSINE, INC.,                 Case No. 19-   CK
                                                              Hon.
        Plaintiff,

vs.

NATIONAL INDEMNITY COMPANY,

        Defendant,
_____/

| MARK L. MENCZER (P43802) | M. MICHAEL KOROI (P44470) |
|---|---|
| Attorney for Plaintiff | Co-Counsel for Plaintiff |
| 6304 Orchard Lake Rd. | 150 North Main Street |
| West Bloomfield, Michigan 48322 | Plymouth, Michigan 48170-1236 |
| 248-354-9000 (ph) | (734) 459-4040 (ph) |
| 248-354-9775 (fax) | (734)454-4814 (fax) |
| e-mail: mark@menczerlaw.com | e-mail: mmkoroi@sbcglobal.net |

_____/

**To Plaintiff's knowledge, there is no previous case for these parties or similar parties arising from the same transaction and occurrence at issue herein.**

## COMPLAINT

NOW COMES Plaintiff, Luxury Limousine, Inc., by and through the undersigned attorneys, Mark L. Menczer and M. Michael Koroi, and complain unto this Honorable Court as follows:

1. Plaintiff Luxury Limousine, Inc. ("LLI"), is a domestic profit corporation organized under the laws of the State of Michigan transacting business in the County of Wayne, State of Michigan; its Corporate Identification Number is 800768182, its resident agent is Ali Charara and its registered office address is 24130 Telegraph Road, Southfield, Michigan 48033.

2. Defendant National Indemnity Company ("NIC"), is a property and casualty insurance company domiciled in the State of Nebraska and assigned the identification number 20087 by the National Association of Insurance Commissioners; it is headquartered at 1314 Douglas Street, Suite

1400, in the City of Omaha, Nebraska and maintains a registered office in the State of Michigan at 601 Abbot Road, in the City of East Lansing; its resident agent is Michigan CSC-Lawyer Incorporating Service and it maintains a systematic and continuous presence in the County of Wayne, State of Michigan and transacts business in said county by insuring businesses operating or headquartered therein.

3. On June 4, 2018, Defendant, NIC, issued a Commercial Policy establishing Plaintiff, LLI, as a named insured with respect to several motor vehicles that are part of Plaintiff's commercial fleet under Policy No 70APS0079206; all applicable premiums have been duly paid for the policy. A copy of the policy is in the possession of Defendant thus satisfying MCR 2.113(F).

4. During the policy term Plaintiff, LLI, was protected against the risk of loss associated with property damage pursuant to sections including but not limited to its Business Auto Coverage Form at Section IV under comprehensive auto coverage "from any cause" at (A)(1)(a).

5. During the pendency of the aforesaid policy term, an unknown suspect entered onto the LLI business premises at the aforesaid Telegraph Road address and attacked vehicles owned and possessed by Plaintiff and committed acts of mischief and vandalism including but not limited to the following:

>   (A) Bus #42 – windows and glass doors were broken out and smashed, vehicle tires were slashed and flattened, vehicle was "keyed" so as to leave deep gouges around entire vehicle, vehicle's interior was completely destroyed with seats slashed and television pulled off rear wall, padded roof along with mirrors were destroyed;
>
>   (B) Rolls Royce – sugar appeared to have been placed in the gas tank, this vehicle was "keyed" so as to leave deep gouges over entire vehicle, the Rolls metal emblem was ripped off the hood, with interior attacked and all seats appeared to be slashed;
>
>   (C) Bus # 29 – entire passenger side was "keyed" with one long gouge;
>
>   (D) Bus #47 – entire passenger side was "keyed" with one long gouge;
>
>   (E) Bus #25 – "keyed" on passenger side and rear bumper partially ripped off.

6. Said attacks occurred on September 4, 2018 and were promptly reported by Plaintiff as a claim to Defendant.

7. Said five vehicles are in need of repairs/replacement, which are covered under said policy.

8. Plaintiff has submitted reasonable proof of his losses resulting from the mischief and vandalism described above and all conditions precedent to payment as covered loss under the provisions cited supra have occurred, including performance of the insured's policy duties.

9. Despite presentation of said claim and fulfillment of all conditions precedent to payment, Plaintiff has failed to receive any benefit payments so that needed repairs may be effectuated and the limousine vehicles restored to a condition where they can be re-deployed into service.

10. As a direct, proximate and reasonably foreseeable result of breach of policy duties of payment for comprehensive coverage pled above, Plaintiff is entitled to an award of damages including but not limited to the amount of unpaid, actual and projected reasonable repair costs necessary to restore its vehicles or, in the alternative, actual cash value for damaged vehicles that are or may be a total loss; further, due to unreasonable delays in processing Plaintiff's claim, Plaintiff has sustained consequential damages due to its inability to restore these five damaged vehicles to its fleet and this has resulted in loss of customer revenue impacting Plaintiff's net income and causing significant damage to the Plaintiff's business and good will.

11. Defendant has violated MCL 500.2006(3) by not specifying in writing the materials that constitute a satisfactory proof of loss within 30 days of claim presentment, and have failed to do so to the date of this pleading.

12. Defendant's delay/refusal and/or the parties' inability to agree on the terms of a protective agreement relating to Plaintiff's sensitive business matters has also influenced the necessity of filing this Complaint.

WHEREFORE Plaintiff Luxury Limousine, Inc. respectfully prays that this Honorable Court enter judgment in its favor awarding it the following relief:

(A) all general and special damages in excess of $25,000.00;

(B) taxable costs;

(C) interest, including statutory interest under the Revised Judicature Act under the Insurance Code of 1956 at MCL 500.2006;

(D) declaratory relief as is appropriate;

(E) any other relief deemed just and equitable.

Respectfully submitted,

/s/ *Mark L. Menczer*
MARK L. MENCZER (P43802)
M. MICHAEL KOROI (P44470)
Co-Counsel for Plaintiff
6304 Orchard Lake Road
West Bloomfield, Michigan 48322
248.354.9000/248.354.9775fx

DATED: February 8, 2019