# Exhibit 1

Date: 09/12/2018 02:14 PM
Estimate ID: 135013
Estimate Version: 0
Committed
Profile ID: * JOHN

# DAMAGE APPRAISERS OF NORTH AMERICA

HOME OFFICE: ( 586 ) 752-1460 - P.O. BOX 81817, ROCHESTER, MI 48309
(248) 778-6201
Fax: (586) 752-4537
Email: jhaas@damageana.com

If you cannot reach our appraiser or you need a supplement please call our Home Office 586-752-1460

Damage Assessed By: JOHN HAAS
Classification: Field

| | |
|---|---|
| Date of Loss: | 9/ 4/2018 |
| Contact Date: | 9/ 7/2018 |
| Deductible: | 2,500.00 |
| Policy No: | 70APS079206 |
| | |
| Insured: | Luxury Limousine Inc |
| Owner: | LUXURY LIMOUSINE INC |
| Address: | 24130 Telegraph Road, Southfield, MI 48033 |
| Telephone: | Home Phone: (313) 999-2555 |

Arrival Date: 9/ 6/2018
Accident Date: 9/ 4/2018

Claim Number: 00515143

Mitchell Service: 910878

Description: 2007 Rolls Royce Phantom
Body Style: 4D Sed
VIN: SCA1S68537UX08397
Mileage: 60,000
OEM/ALT: A

Drive Train: 6.8L Inj 12 Cyl 6A RWD

Search Code: B735613

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 002149 | BDY | REMOVE/INSTALL | Frt Bumper Assy | | | 2.0* |
| 2 | 002216 | BDY | REMOVE/INSTALL | Grille Assy | | | 0.5* |
| 3 | 000567 | BDY | REMOVE/REPLACE | Grille Emblem | N.A. | 430.00 * | 0.5* |
| 4 | 000885 | BDY | CHECK/ADJUST | Headlamps | | | 0.4 |
| 5 | 000569 | BDY | REMOVE/REPLACE | R Frt Combination Lamp | N.A. | 5,721.62 * | 1.0* |
| 6 | 001342 | BDY | REMOVE/REPLACE | L Frt Combination Lamp | N.A. | 5,721.62 * | 1.0* |
| 7 | 002098 | BDY | REMOVE/REPLACE | R Fog Lamp Assembly | N.A. | 919.00 * | 0.4* |
| 8 | 002099 | BDY | REMOVE/REPLACE | L Fog Lamp Assembly | N.A. | 919.00 * | 0.4* |
| 9 | 002159 | REF | REFINISH | Hood Outside | | C | 4.5* |
| 10 | 002184 | BDY | REPAIR | Hood Panel | Existing | | 6.0* |
| 11 | 001199 | REF | REFINISH | R Fender Outside | | C | 3.0* |
| 12 | 000438 | BDY | REPAIR | R Fender Panel | Existing | | 2.0* |
| 13 | 000472 | BDY | REMOVE/REPLACE | Alloy Wheel 2@2159.00 | N.A. | 4,318.00 * | |
| 14 | | | | rt front, rt rear | | | |
| 15 | 001122 | MCH | REMOVE/REPLACE | Steering Wheel        -M | N.A. | 2,650.00 * | 1.0* |
| 16 | 001300 | MCH | REMOVE/INSTALL | Steering Column Assy       -M | | | 2.0* |
| 17 | 001008 | GLS | REMOVE/REPLACE | W/Shield Glass | Sublet | 1,319.33 * | 0.0* |
| 18 | | | | safelite 800-800-2727 | | | |
| 19 | 001009 | BDY | REMOVE/REPLACE | W/Shield Rear View Mirror | N.A. | 3,200.00 * | |
| 20 | 000007 | BDY | REMOVE/REPLACE | R W/Shield Sun Visor | N.A. | 500.00 * | |
| 21 | 000008 | BDY | REMOVE/REPLACE | L W/Shield Sun Visor | N.A. | 500.00 * | |
| 22 | 931128 | MCH | REPAIR | Post Repair Scan | Existing | | 3.0* |

ESTIMATE RECALL NUMBER: 09/12/2018 13:53:16   135013
Mitchell Data Version:   OEM: SEP_18_V
                         MAPP:SEP_18_V                 Copyright (C) 1994 - 2018 Mitchell International              Page   1   of   4
Software Version:        7.1.231                            All Rights Reserved

Date:  9/12/2018 02:14 PM
Estimate ID:  135013
Estimate Version:  0
Committed
Profile ID:  * JOHN

| # | Code | Type | Operation | Description | Status | Price | | Hours |
|---|---|---|---|---|---|---|---|---|
| 23 | 000666 | MCH * | REMOVE/REPLACE | Inst Panel | N.A. | 14,280.00 | * | 9.0* |
| 24 | 001144 | BDY | REMOVE/REPLACE | Ctr Console Box | N.A. | 5,400.00 | * | 2.0* |
| 25 | 001209 | BDY | REMOVE/REPLACE | Pass Side Seat Cushion Cover | N.A. | 700.00 | * | 1.0* |
| 26 | 001220 | BDY | REMOVE/REPLACE | Pass Side Seat Back Cover | N.A. | 700.00 | * | 1.0* |
| 27 | 001225 | BDY | REMOVE/REPLACE | Driver Side Seat Cushion Cover | N.A. | 700.00 | * | 1.0* |
| 28 | 001237 | BDY | REMOVE/REPLACE | Driver Side Seat Back Cover | N.A. | 700.00 | * | 1.0* |
| 29 | 001153 | BDY | REMOVE/REPLACE | Rear Seat Cushion Cover | N.A. | 1,400.00 | * | 2.0* |
| 30 | 001155 | BDY | REMOVE/REPLACE | Rear Seat Back Cover | N.A. | 1,400.00 | * | 2.0* |
| 31 | 001312 | REF | REFINISH | R Frt Door Outside | | | C | 3.0* |
| 32 | 001313 | REF | REFINISH | L Frt Door Outside | | | C | 3.0* |
| 33 | 001044 | BDY | REPAIR | R Frt Door Repair Panel | Existing | | | 1.0* |
| 34 | 001045 | BDY | REPAIR | L Frt Door Repair Panel | Existing | | | 8.0* |
| 35 | 001380 | BDY | REMOVE/REPLACE | L Frt Door Mirror Assy | N.A. | 2,400.00 | * | 0.8* |
| 36 | 001385 | BDY | REMOVE/REPLACE | R Frt Door Trim Panel Assy | N.A. | 4,000.00 | * | |
| 37 | 001307 | BDY | REMOVE/REPLACE | R Frt Door Outside Handle | N.A. | 390.00 | * | |
| 38 | 001308 | BDY | REMOVE/REPLACE | L Frt Door Outside Handle | N.A. | 390.00 | * | |
| 39 | 001251 | GLS | REMOVE/REPLACE | R Frt Door Moveable Glass | N.A. | 3,242.00 | * | |
| 40 | 001252 | GLS | REMOVE/REPLACE | L Frt Door Moveable Glass | N.A. | 3,242.00 | * | |
| 41 | 000302 | REF | REFINISH | R Rear Door Outside | | | C | 3.0* |
| 42 | 000303 | REF | REFINISH | L Rear Door Outside | | | C | 3.0* |
| 43 | 001073 | BDY | REPAIR | R Rear Door Shell | Existing | | | 7.0* |
| 44 | 001074 | BDY | REPAIR | L Rear Door Shell | Existing | | | 4.0* |
| 45 | 001083 | BDY | REMOVE/REPLACE | R Rear Door Outside Handle | N.A. | 390.00 | * | |
| 46 | 001084 | BDY | REMOVE/REPLACE | L Rear Door Outside Handle | N.A. | 390.00 | * | |
| 47 | 000029 | REF | REFINISH | Roof Panel Outside | | | C | 4.5* |
| 48 | 001730 | BDY | REPAIR | Roof Panel | Existing | | | 4.0* |
| 49 | 000381 | BDY | REMOVE/REPLACE | Roof Headliner | N.A. | 3,900.00 | * | 8.0* |
| 50 | 000067 | REF | REFINISH | R Quarter Panel Outside | | | C | 3.5* |
| 51 | 000068 | REF | REFINISH | L Quarter Panel Outside | | | C | 3.5* |
| 52 | 002028 | BDY | REPAIR | R Quarter Outer Panel | Existing | | | 5.0* |
| 53 | 000829 | BDY | REPAIR | L Quarter Outer Panel | Existing | | | 5.0* |
| 54 | 000763 | REF | REFINISH | Luggage Lid Outside | | | C | 3.0* |
| 55 | 000034 | BDY | REPAIR | Luggage Lid Panel | Existing | | | 6.0* |
| 56 | 000936 | BDY | REMOVE/REPLACE | R Rear Combination Lamp Lens & Housing | N.A. | 1,800.00 | * | 1.0* |
| 57 | 000860 | BDY | REMOVE/REPLACE | L Rear Combination Lamp Lens & Housing | N.A. | 1,800.00 | * | 1.0* |
| 58 | 000759 | BDY | REMOVE/INSTALL | Rear Bumper Cover | | | | 4.0* |
| 59 | 933002 | REF | ADD'L OPR | Clear Coat | | | | 8.0* |
| 60 | 933017 | REF | ADD'L OPR | Finish Sand And Buff | | | | 12.0* |
| 61 | 933018 | REF | ADD'L OPR | Mask For Overspray | | 40.00 | * | |
| 62 | 900500 | BDY * | REPAIR | detrim doors | Existing | | | 12.0* |
| 63 | 900500 | BDY * | REPAIR | detrim deck lid | Existing | | | 3.0* |
| 64 | 900500 | BDY * | REMOVE/REPLACE | clear stone shields | Sublet | 1,200.00 | * | 0.0* |
| 65 | 900500 | BDY * | REMOVE/REPLACE | set of 4 tires 21" various brands | ** QUAL REPL PART | 1,600.00 | * | 0.0* |
| 66 | AUTO | | ADD'L COST | Paint/Materials | | 1,344.00 | * | |

**\* - Judgment Item**
**C - Included in Clear Coat Calc**

Date:   9/12/2018 02:14 PM
Estimate ID:   135013
Estimate Version:   0
Committed
Profile ID:   * JOHN

# Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Body | 94.0 | 105.00 | 0.00 | 0.00 | 9,870.00 | | Taxable Parts | | | 73,703.24 |
| Refinish | 54.0 | 105.00 | 40.00 | 0.00 | 5,710.00 | | Sales Tax | @ | 6.000% | 4,422.19 |
| Mechanical | 15.0 | 179.00 | 0.00 | 0.00 | 2,685.00 | | | | | |
| | | | | | | | Non-Taxable Parts | | | 2,519.33 |
| | Non-Taxable Labor | | | | 18,265.00 | | | | | |
| | | | | | | | Total Replacement Parts Amount | | | 80,644.76 |
| Labor Summary | 163.0 | | | | 18,265.00 | | | | | |

| III. Additional Costs | | | | Amount | | IV. Adjustments | Amount |
|---|---|---|---|---|---|---|---|
| Taxable Costs | | | | 1,344.00 | | Insurance Deductible | 2,500.00- |
| Sales Tax | @ | 6.000% | | 80.64 | | | |
| | | | | | | Customer Responsibility | 2,500.00- |
| Total Additional Costs | | | | 1,424.64 | | | |

Paint Material Method: Rates  
Init Rate = 32.00 , Init Max Hours = 99.9, Addl Rate = 0.00

|  |  | Amount |
|---|---|---|
| I. | Total Labor: | 18,265.00 |
| II. | Total Replacement Parts: | 80,644.76 |
| III. | Total Additional Costs: | 1,424.64 |
| | Gross Total: | 100,334.40 |
| IV. | Total Adjustments: | 2,500.00- |
| | Net Total: | 97,834.40 |
| | | TOTAL LOSS |

THIS ESTIMATE HAS BEEN PREPARED BASED ON USE OF AFTERMARKET CRASH PARTS
SUPPLIED BY A SOURCE OTHER THAN MANUFACTURER OF YOUR MOTOR VEHICLE.
WARRANTIES THAT APPLY TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE
MANUFACTURER, DISTRIBUTOR OR INSURER OF THESE PARTS.

Point(s) of Impact  
15 Total Loss (P)

Insurance Co:   Chenard & Osborn, Inc  
Address:   2432 Camelot Court Se  
Grand Rapids, MI  49546

(313) 999-2555  
Inspection Date:   9/ 7/2018

Body Shop:   TOTAL LOSS

THIS IS NOT AN AUTHORIZATION FOR REPAIRS. Authorization for repairs
and/or supplements can only come from the owner. Our estimate

ESTIMATE RECALL NUMBER: 09/12/2018 13:53:16  135013  
Mitchell Data Version:   OEM: SEP_18_V  
MAPP:SEP_18_V   Copyright (C) 1994 - 2018 Mitchell International   Page   3   of   4  
Software Version:   7.1.231   All Rights Reserved

Date: 09/12/2018 02:38 PM
Estimate ID: 135014
Estimate Version: 0
Committed
Profile ID: * JOHN

# DAMAGE APPRAISERS OF NORTH AMERICA

HOME OFFICE: ( 586 )  752-1460  - P.O. BOX 81817, ROCHESTER, MI  48309
(248) 778-6201
Fax: (586) 752-4537
Email: jhaas@damageana.com

If you cannot reach our appraiser or you need a supplement please call our Home Office 586-752-1460

Damage Assessed By:   JOHN HAAS
Classification:   Field

| | | | |
|---|---|---|---|
| Date of Loss: | 9/ 4/2018 | Arrival Date: | 9/ 6/2018 |
| Contact Date: | 9/ 7/2018 | Accident Date: | 9/ 4/2018 |
| Deductible: | 2,500.00 | | |
| Policy No: | 70APS079206 | Claim Number: | 00515143 |

Insured:   Luxury Limousine Inc
Owner:   LUXURY LIMOUSINE INC
Address:   24130 Telegraph Road, Southfield, MI  48033
Telephone:   Home Phone:   (313) 999-2555

Mitchell Service:   911268

Description:   2008 Ford E450 Cutaway
Type/Component:   Truck                               Drive Train:
VIN:   1FD4E45S28DA65128
Mileage:   192,115
OEM/ALT:   A                                          Search Code:   B735613
Color:   WHITE

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 100691 | REF | REFINISH | L Frt Door Outside | | | C 2.6 |
| 2 | 100716 | BDY | REPAIR | L Frt Door Repair Panel | Existing | | 1.0* # |
| 3 | 102636 | BDY | REMOVE/INSTALL | L Frt Door Mirror | | | 0.3 |
| 4 | 101643 | BDY | REMOVE/INSTALL | L Frt Door Trim Panel | | | 0.4 |
| 5 | 101809 | BDY | REMOVE/INSTALL | L Frt Otr Door Handle | | | 0.7 # |
| 6 | 101841 | BDY | REMOVE/INSTALL | L Frt Door Lock Cylinder | Existing | | 0.2* # |
| 7 | 101863 | BDY | REMOVE/INSTALL | L Frt Door Glass Run | Existing | | 0.3* # |
| 8 | 936007 | | ADD'L COST | Shop Materials | | 160.00 * | |
| 9 | 933002 | REF | ADD'L OPR | Clear Coat | | | 5.0* |
| 10 | 900500 | BDY * | REPAIR | LEFT SIDE OUTER PANEL/ COACH | Existing | | 16.0* |
| 11 | | REF | REFINISH/REPAIR | LEFT SIDE OUTER PANEL/ COACH | | | 10.0* |
| 12 | 900500 | BDY * | REPAIR | RT SIDE OUTER PANEL / COACH | Existing | | 20.0* |
| 13 | | REF | REFINISH/REPAIR | RT SIDE OUTER PANEL / COACH | | | 10.0* |
| 14 | 900500 | BDY * | REMOVE/REPLACE | RT MARKER LAMP | New | 38.00 * | 0.4* |
| 15 | 900500 | BDY * | REMOVE/REPLACE | LEFT MARKER LAMP | New | 38.00 * | 0.4* |
| 16 | 900500 | BDY * | REMOVE/REPLACE | GAS CAP | New | 16.00 * | 0.0* |
| 17 | 900500 | BDY * | REPAIR | REAR END CAP/ COACH | Existing | | 8.0* |
| 18 | | REF | REFINISH/REPAIR | REAR END CAP/ COACH | | | 6.0* |
| 19 | 900500 | BDY * | REMOVE/INSTALL | DETRIM REAR CAP/ LAMPS/CAMERA/ WINDOW | Existing | | 5.5* |
| 20 | 900500 | BDY * | REPAIR | REAR ENTRY DOOR | Existing | | 4.0* |
| 21 | | REF | REFINISH/REPAIR | REAR ENTRY DOOR | | | 3.0* |

ESTIMATE RECALL NUMBER: 09/12/2018 14:37:56  135014
Mitchell Data Version:   OEM: SEP_18_V
                         MAPP:SEP_18_V            Copyright (C) 1994 - 2018 Mitchell International            Page   1   of   3
Software Version:        7.1.231                       All Rights Reserved

Date:  09/12/2018 02:38 PM
Estimate ID:   135014
Estimate Version:   0
Committed
Profile ID:   * JOHN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | 900500 | BDY * | REPAIR | DECALS/ RT AND LEFT SIDES | ** QUAL REPL PART | 500.00 * | 12.0* |
| 23 | 900500 | BDY * | REMOVE/REPLACE | DRIVERS WALL / DIVIDER/ LEFT SIDE | Sublet | 650.00 * | 0.0* |
| 24 | 900500 | BDY * | REPAIR | HEADLINER/ FIRE DAMAGE | Sublet | 1,200.00 * | 0.0* |
| 25 | 900500 | BDY * | REPAIR | MASK OFF RT AND LEFT SIDE WINDOWS | Existing | | 4.0* |
| 26 | 900500 | BDY * | REMOVE/REPLACE | REAR CAP DECALS | New | 200.00 * | 0.5* |
| 27 | 900500 | BDY * | REPAIR | ENTRY DOOR / GLASS FRAME | Existing | | 6.0* |
| 28 | AUTO | | ADD'L COST | Paint/Materials | | 1,390.80 * | |

* - Judgment Item
\# - Labor Note Applies
C - Included in Clear Coat Calc

## Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Body | 79.7 | 95.00 | 0.00 | 1,200.00 | 8,771.50 | Taxable Parts | | | 792.00 |
| Refinish | 36.6 | 95.00 | 0.00 | 0.00 | 3,477.00 | Sales Tax | @ | 6.000% | 47.52 |
| | Non-Taxable Labor | | | | 12,248.50 | Non-Taxable Parts | | | 650.00 |
| Labor Summary | 116.3 | | | | 12,248.50 | Total Replacement Parts Amount | | | 1,489.52 |

| III. Additional Costs | | | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|---|---|
| Taxable Costs | | | | 1,550.80 | Insurance Deductible | 2,500.00- |
| Sales Tax | @ | 6.000% | | 93.05 | | |
| | | | | | Customer Responsibility | 2,500.00- |
| Total Additional Costs | | | | 1,643.85 | | |

Paint Material Method: Rates
Init Rate = 38.00 , Init Max Hours = 99.9, Addl Rate = 0.00

| | | |
|---|---|---|
| I. | Total Labor: | 12,248.50 |
| II. | Total Replacement Parts: | 1,489.52 |
| III. | Total Additional Costs: | 1,643.85 |
| | Gross Total: | 15,381.87 |
| IV. | Total Adjustments: | 2,500.00- |
| | Net Total: | 12,881.87 |

THIS ESTIMATE HAS BEEN PREPARED BASED ON USE OF AFTERMARKET CRASH PARTS
SUPPLIED BY A SOURCE OTHER THAN MANUFACTURER OF YOUR MOTOR VEHICLE.
WARRANTIES THAT APPLY TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE
MANUFACTURER, DISTRIBUTOR OR INSURER OF THESE PARTS.

Point(s) of Impact
16 Non-Collision (P)

ESTIMATE RECALL NUMBER: 09/12/2018 14:37:56  135014
Mitchell Data Version:   OEM: SEP_18_V
                         MAPP:SEP_18_V         Copyright (C) 1994 - 2018 Mitchell International                Page   2   of   3
Software Version:        7.1.231                           All Rights Reserved

Date:     09/12/2018 02:56 PM
Estimate ID:     135016
Estimate Version:     0
Committed
Profile ID:     * JOHN

# DAMAGE APPRAISERS OF NORTH AMERICA

HOME OFFICE: ( 586 )  752-1460  - P.O. BOX 81817, ROCHESTER, MI  48309
(248) 778-6201
Fax: (586) 752-4537
Email: jhaas@damageana.com

If you cannot reach our appraiser or you need a supplement please call our Home Office 586-752-1460

Damage Assessed By:     JOHN HAAS
Classification:     Field

| | | | |
|---|---|---|---|
| Date of Loss: | 9/ 4/2018 | Arrival Date: | 9/ 6/2018 |
| Contact Date: | 9/ 7/2018 | Accident Date: | 9/ 4/2018 |
| Deductible: | 2,500.00 | | |
| Policy No: | 70APS079206 | Claim Number: | 00515143 |

Insured:     Luxury Limousine Inc
Owner:     LUXURY LIMOUSINE INC
Address:     24130 Telegraph Road, Southfield, MI  48033
Telephone:     Home Phone:          (313) 999-2555

Mitchell Service:     910319

| | | | |
|---|---|---|---|
| Description: | 2007 GMC C Series 5500 | | |
| Type/Component: | Truck | Drive Train: | |
| VIN: | 1GBJ5V1GX7F423193 | | |
| Mileage: | 222,222 | | |
| OEM/ALT: | A | Search Code: | B735613 |
| Color: | WHITE | | |

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 900500 | BDY * | REPAIR | LEFT SIDE OUTER PANEL/ COACH | Existing | | 18.0* |
| 2 | | REF | REFINISH/REPAIR | LEFT SIDE OUTER PANEL/ COACH | | | 10.0* |
| 3 | 900500 | BDY * | REPAIR | LEFT LOWER PANEL | Existing | | 5.0* |
| 4 | | REF | REFINISH/REPAIR | LEFT LOWER PANEL | | | 4.0* |
| 5 | 900500 | BDY * | REPAIR | REAR ENTRY DOOR | Existing | | 6.0* |
| 6 | | REF | REFINISH/REPAIR | REAR ENTRY DOOR | | | 4.0* |
| 7 | 900500 | BDY * | REPAIR | RT SIDE OUTER PANEL/ COACH | Existing | | 16.0* |
| 8 | | REF | REFINISH/REPAIR | RT SIDE OUTER PANEL/ COACH | | | 10.0* |
| 9 | 900500 | BDY * | REPAIR | RT LOWER PANEL/ COACH | Existing | | 4.0* |
| 10 | | REF | REFINISH/REPAIR | RT LOWER PANEL/ COACH | | | 4.0* |
| 11 | 900500 | BDY * | REMOVE/REPLACE | REAR DOOR DECALS | ** QUAL REPL PART | 200.00 * | 0.5* |
| 12 | 900500 | BDY * | REPAIR | MASK OFF 10 SIDE WINDOWS | Existing | | 5.0* |
| 13 | 900500 | BDY * | REPAIR | DETRIM RT AND LEFT OUTER PANELS | Existing | | 4.0* |
| 14 | 933018 | REF | ADD'L OPR | Mask For Overspray | | 60.00 * | |
| 15 | 900500 | BDY * | REMOVE/REPLACE | RT AND LEFT SIDE DECALS | ** QUAL REPL PART | 300.00 * | 1.0* |
| 16 | AUTO | | ADD'L COST | Paint/Materials | | 1,216.00 * | |

ESTIMATE RECALL NUMBER:  09/12/2018 14:56:01  135016
Mitchell Data Version:     OEM: SEP_18_V
                            MAPP:SEP_18_V          Copyright (C) 1994 - 2018 Mitchell International          Page   1   of   3
Software Version:          7.1.231                        All Rights Reserved

Date: 9/12/2018 02:56 PM
Estimate ID: 135016
Estimate Version: 0
Committed
Profile ID: * JOHN

\* - Judgment Item

## Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Body | 59.5 | 95.00 | 0.00 | 0.00 | 5,652.50 | Taxable Parts | | | 500.00 |
| Refinish | 32.0 | 95.00 | 60.00 | 0.00 | 3,100.00 | Sales Tax | @ | 6.000% | 30.00 |
| | Non-Taxable Labor | | | | 8,752.50 | Total Replacement Parts Amount | | | 530.00 |
| Labor Summary | 91.5 | | | | 8,752.50 | | | | |

| III. Additional Costs | | | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|---|---|
| Taxable Costs | | | | 1,216.00 | Insurance Deductible | 2,500.00- |
| Sales Tax | @ | 6.000% | | 72.96 | | |
| Total Additional Costs | | | | 1,288.96 | Customer Responsibility | 2,500.00- |

Paint Material Method: Rates
Init Rate = 38.00 , Init Max Hours = 99.9, Addl Rate = 0.00

|  |  |  |
|---|---|---|
| I. | Total Labor: | 8,752.50 |
| II. | Total Replacement Parts: | 530.00 |
| III. | Total Additional Costs: | 1,288.96 |
| | Gross Total: | 10,571.46 |
| IV. | Total Adjustments: | 2,500.00- |
| | Net Total: | 8,071.46 |

THIS ESTIMATE HAS BEEN PREPARED BASED ON USE OF AFTERMARKET CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN MANUFACTURER OF YOUR MOTOR VEHICLE. WARRANTIES THAT APPLY TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE MANUFACTURER, DISTRIBUTOR OR INSURER OF THESE PARTS.

Point(s) of Impact
16 Non-Collision (P)

Insurance Co: Chenard & Osborn, Inc
Address: 2432 Camelot Court Se
Grand Rapids, MI 49546

(313) 999-2555
Inspection Date: 9/ 7/2018

ESTIMATE RECALL NUMBER: 09/12/2018 14:56:01  135016
Mitchell Data Version:    OEM: SEP_18_V
                          MAPP:SEP_18_V        Copyright (C) 1994 - 2018 Mitchell International        Page   2   of   3
Software Version:         7.1.231                           All Rights Reserved

Date: 9/10/2018 03:28 PM
Estimate ID:   135017
Estimate Version:   0
Committed
Profile ID:   * JOHN

# DAMAGE APPRAISERS OF NORTH AMERICA

HOME OFFICE: ( 586 )  752-1460  - P.O. BOX 81817, ROCHESTER, MI  48309
(248) 778-6201
Fax: (586) 752-4537
Email: jhaas@damageana.com

If you cannot reach our appraiser or you need a supplement please call our Home Office 586-752-1460

Damage Assessed By:   JOHN HAAS
Classification:   Field

| | | | |
|---|---|---|---|
| Date of Loss: | 9/ 4/2018 | Arrival Date: | 9/ 6/2018 |
| Contact Date: | 9/ 7/2018 | Accident Date: | 9/ 4/2018 |
| Deductible: | 2,500.00 | | |
| Policy No: | 70APS079206 | Claim Number: | 00515143 |

Insured:   Luxury Limousine Inc
Owner:   LUXURY LIMOUSINE INC
Address:   24130 Telegraph Road, Southfield, MI  48033
Telephone:   Home Phone:   (313) 999-2555

Mitchell Service:   910665

| | | | |
|---|---|---|---|
| Description: | 2005 Freightliner M2 | | |
| Type/Component: | Truck | Drive Train: | |
| VIN: | 4UZAAZD85CU54436 | | |
| Mileage: | 353,257 | | |
| OEM/ALT: | A | Search Code: | B735613 |
| Color: | pearl white | | |

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 900500 | BDY * | REPAIR | rt side outer panel | Existing | | 18.0* |
| 2 | | REF | REFINISH/REPAIR | rt side outer panel | | | 12.0* |
| 3 | 900500 | BDY * | REPAIR | rt rear lower panel | Existing | | 10.0* |
| 4 | | REF | REFINISH/REPAIR | rt rear lower panel | | | 6.0* |
| 5 | 900500 | BDY * | REPAIR | detrim rt side/ lamps and moldings | Existing | | 4.0* |
| 6 | 900500 | BDY * | REPAIR | rear cap | Existing | | 6.0* |
| 7 | | REF | REFINISH/REPAIR | rear cap | | | 6.0* |
| 8 | 900500 | BDY * | REPAIR | rear entry door | Existing | | 4.0* |
| 9 | | REF | REFINISH/REPAIR | rear entry door | | | 4.0* |
| 10 | 900500 | BDY * | REPAIR | left side outer panel | Existing | | 14.0* |
| 11 | | REF | REFINISH/REPAIR | left side outer panel | | | 12.0* |
| 12 | 900500 | BDY * | REPAIR | detrim left side/ lamps and molding | Existing | | 4.0* |
| 13 | 900500 | BDY * | REMOVE/REPLACE | decals | ** QUAL REPL PART | 240.00 * | 2.0* |
| 14 | 900500 | BDY * | REMOVE/REPLACE | car cover | ** QUAL REPL PART | 50.00 * | 1.5* |
| 15 | 933003 | REF | ADD'L OPR | Tint Color | | | 1.0* |
| 16 | 933014 | REF | ADD'L OPR | Three Stage | | | 9.0* |
| 17 | 900500 | BDY * | REMOVE/INSTALL | rear cap lamps - 11 | Existing | | 3.3* |
| 18 | AUTO | | ADD'L COST | Paint/Materials | | 1,900.00 * | |

ESTIMATE RECALL NUMBER: 09/10/2018 15:27:52  135017
Mitchell Data Version:   OEM: AUG_18_V
MAPP:AUG_18_V             Copyright (C) 1994 - 2018 Mitchell International           Page   1   of   3
Software Version:         7.1.230                         All Rights Reserved

Date: 09/10/2018 03:28 PM
Estimate ID: 135017
Estimate Version: 0
Committed
Profile ID: * JOHN

*- Judgment Item

## Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Body | 66.8 | 95.00 | 0.00 | 0.00 | 6,346.00 | Taxable Parts | | | 290.00 |
| Refinish | 50.0 | 95.00 | 0.00 | 0.00 | 4,750.00 | Sales Tax | @ | 6.000% | 17.40 |
| | Non-Taxable Labor | | | | 11,096.00 | Total Replacement Parts Amount | | | 307.40 |
| Labor Summary | 116.8 | | | | 11,096.00 | | | | |

| III. Additional Costs | | | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|---|---|
| Taxable Costs | | | | 1,900.00 | Insurance Deductible | 2,500.00- |
| Sales Tax | @ | 6.000% | | 114.00 | | |
| Total Additional Costs | | | | 2,014.00 | Customer Responsibility | 2,500.00- |

Paint Material Method: Rates
Init Rate = 38.00 , Init Max Hours = 99.9, Addl Rate = 0.00

| | | Amount |
|---|---|---|
| I. | Total Labor: | 11,096.00 |
| II. | Total Replacement Parts: | 307.40 |
| III. | Total Additional Costs: | 2,014.00 |
| | Gross Total: | 13,417.40 |
| IV. | Total Adjustments: | 2,500.00- |
| | Net Total: | 10,917.40 |

THIS ESTIMATE HAS BEEN PREPARED BASED ON USE OF AFTERMARKET CRASH PARTS
SUPPLIED BY A SOURCE OTHER THAN MANUFACTURER OF YOUR MOTOR VEHICLE.
WARRANTIES THAT APPLY TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE
MANUFACTURER, DISTRIBUTOR OR INSURER OF THESE PARTS.

Point(s) of Impact
16 Non-Collision (P)

Insurance Co:  Chenard & Osborn, Inc
Address:       2432 Camelot Court Se
               Grand Rapids, MI  49546

               (313) 999-2555
Inspection Date:  9/ 7/2018

ESTIMATE RECALL NUMBER: 09/10/2018 15:27:52  135017
Mitchell Data Version:   OEM: AUG_18_V
                         MAPP: AUG_18_V          Copyright (C) 1994 - 2018 Mitchell International          Page   2   of   3
Software Version:        7.1.230                          All Rights Reserved

Date: 09/10/2018 02:41 PM
Estimate ID: 135015
Estimate Version: 0
Committed
Profile ID: * JOHN

# DAMAGE APPRAISERS OF NORTH AMERICA

HOME OFFICE: ( 586 ) 752-1460 - P.O. BOX 81817, ROCHESTER, MI 48309
(248) 778-6201
Fax: (586) 752-4537
Email: jhaas@damageana.com

If you cannot reach our appraiser or you need a supplement please call our Home Office 586-752-1460

Damage Assessed By: JOHN HAAS
Classification: Field

| | | | |
|---|---|---|---|
| Date of Loss: | 9/ 4/2018 | Arrival Date: | 9/ 6/2018 |
| Contact Date: | 9/ 7/2018 | Accident Date: | 9/ 4/2018 |
| Deductible: | 2,500.00 | | |
| Policy No: | 70APS079206 | Claim Number: | 00515143 |

Insured: Luxury Limousine Inc
Owner: LUXURY LIMOUSINE INC
Address: 24130 Telegraph Road, Southfield, MI 48033
Telephone: Home Phone: (313) 999-2555

Mitchell Service: 911268

Description: 2008 Ford E450 Cutaway
Type/Component: Truck                           Drive Train:
VIN: 1FD4E45SX8DB51397
Mileage: 175,352
OEM/ALT: A                                      Search Code: B735613
Color: BLACK

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 102141 | GLS | REMOVE/REPLACE | W/Shield Glass | ** QUAL REPL PART | 215.67 | 2.3 # |
| 2 | 102146 | BDY | REMOVE/REPLACE | W/Shield Adhesive | N.A. | 32.00 * | |
| 3 | 101859 | GLS | REMOVE/REPLACE | L Frt Door Moveable Glass | F7UZ 1521411 AA | 165.52 | 1.0 |
| 4 | 900500 | BDY * | REMOVE/REPLACE | 4 TIRES | ** QUAL REPL PART | 800.00 * | 0.0* |
| 5 | | | | VARIOUS MAKES | | | |
| 6 | 900500 | BDY * | REMOVE/REPLACE | ENTRY DOOR GLASS | Sublet | 870.00 * | 0.0* |
| 7 | 900500 | BDY * | REMOVE/REPLACE | 10 SIDE WINDOWS | ** QUAL REPL PART | 5,690.00 * | 30.0* |
| 8 | 900500 | BDY * | REPAIR | RT SIDE PANEL | Existing | | 12.0* |
| 9 | | REF | REFINISH/REPAIR | RT SIDE PANEL | | | 12.0* |
| 10 | 900500 | BDY * | REPAIR | REAR CAP | Existing | | 5.0* |
| 11 | | REF | REFINISH/REPAIR | REAR CAP | | | 6.0* |
| 12 | 900500 | BDY * | REPAIR | LEFT SIDE PANEL | Existing | | 16.0* |
| 13 | | REF | REFINISH/REPAIR | LEFT SIDE PANEL | | | 12.0* |
| 14 | 900500 | BDY * | REPAIR | DETRIM REAR CAP | Existing | | 5.0* |
| 15 | | | | REAR WINDOW, ALL LAMPS | | | |
| 16 | 900500 | BDY * | REMOVE/REPLACE | SEAT COVERS/ LIMO INTERIOR | Sublet | 4,200.00 * | 0.0* |
| 17 | 900500 | BDY * | REMOVE/REPLACE | 3 PIECE HEADLINERS/ LIMO CUSTOM | Sublet | 4,900.00 * | 0.0* |
| 18 | 900500 | BDY * | REMOVE/REPLACE | DVD/ STEREO AND SPEAKERS | Sublet | 400.00 * | 0.0* |
| 19 | 900500 | BDY * | REMOVE/REPLACE | REAR TV SCREEN COVER | Sublet | 360.00 * | 0.0* |
| 20 | 900500 | BDY * | REMOVE/REPLACE | 2 REAR PANEL COVERS | Sublet | 500.00 * | 0.0* |
| 21 | 900500 | BDY * | REMOVE/REPLACE | DECALS | New | 400.00 * | 4.0* |

ESTIMATE RECALL NUMBER: 09/10/2018 14:41:19 135015
Mitchell Data Version: OEM: AUG_18_V
                      MAPP:AUG_18_V         Copyright (C) 1994 - 2018 Mitchell International         Page 1 of 3
Software Version: 7.1.230                   All Rights Reserved

Date: 09/10/2018 02:41 PM
Estimate ID: 135015
Estimate Version: 0
Committed
Profile ID: * JOHN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | 900500 | BDY * | REPAIR | CLEAN INTERIOR | Existing | | 4.0* |
| 23 | 900500 | BDY * | REMOVE/REPLACE | SHOP MATERIALS | New | 300.00 * | 0.0* |
| 24 | AUTO | | ADD'L COST | Paint/Materials | | 1,080.00 * | |

* - Judgment Item
\# - Labor Note Applies
** QUAL REPL PART - Quality Replacement Parts

SAFELITE LOCAL PRICE (S)
PRICING TYPE SAFELITE
COLUMBUS
OH  43235
(800) 868-3322

1       ** DW01624GTY              215.67

# Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Body | 76.0 | 95.00 | 0.00 | 0.00 | 7,220.00 | Taxable Parts | | | 7,603.19 |
| Refinish | 30.0 | 95.00 | 0.00 | 0.00 | 2,850.00 | Sales Tax | @ | 6.000% | 456.19 |
| Glass | 3.3 | 95.00 | 0.00 | 0.00 | 313.50 | | | | |
| | | Non-Taxable Labor | | | 10,383.50 | Non-Taxable Parts | | | 11,230.00 |
| Labor Summary | 109.3 | | | | 10,383.50 | Total Replacement Parts Amount | | | 19,289.38 |

| III. Additional Costs | | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|---|
| Taxable Costs | | | 1,080.00 | Insurance Deductible | 2,500.00- |
| Sales Tax | @ | 6.000% | 64.80 | | |
| Total Additional Costs | | | 1,144.80 | Customer Responsibility | 2,500.00- |

Paint Material Method: Rates
Init Rate = 36.00  , Init Max Hours = 99.9, Addl Rate = 0.00

| | | |
|---|---|---|
| I. | Total Labor: | 10,383.50 |
| II. | Total Replacement Parts: | 19,289.38 |
| III. | Total Additional Costs: | 1,144.80 |
| | Gross Total: | 30,817.68 |
| IV. | Total Adjustments: | 2,500.00- |
| | Net Total: | 28,317.68 |

THIS ESTIMATE HAS BEEN PREPARED BASED ON USE OF AFTERMARKET CRASH PARTS
SUPPLIED BY A SOURCE OTHER THAN MANUFACTURER OF YOUR MOTOR VEHICLE.
WARRANTIES THAT APPLY TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE
MANUFACTURER, DISTRIBUTOR OR INSURER OF THESE PARTS.

ESTIMATE RECALL NUMBER: 09/10/2018 14:41:19  135015
Mitchell Data Version:    OEM: AUG_18_V
                          MAPP:AUG_18_V            Copyright (C) 1994 - 2018 Mitchell International           Page   2   of   3
Software Version:         7.1.230                              All Rights Reserved